**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 07-7708**

─────────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

ANTHONY GERALD WHITE, SR.,

              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(1:03-cr-00375-WDQ-3; 1:06-cv-02875-WDQ)

─────────────

Submitted:  June 26, 2008          Decided:  June 30, 2008

─────────────

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit
Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Anthony Gerald White, Sr., Appellant Pro Se.  Jane Meadowcroft
Erisman, Christopher John Romano, Assistant United States
Attorneys, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Gerald White, Sr., seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2255 (2000) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that White has not made the requisite showing. Accordingly, we deny White's motion to remand, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED